UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

ALLIANCE SHIPPERS, INC.,      Civil No. 2:09cv-1721WJM

v.      **DEFAULT JUDGMENT**

ATLANTIC FINE YARNS, INC.,

    Defendant.

---

This matter having been opened to the Court by Ronald Horowitz, Counsel for Plaintiff upon a request to enter default judgment against Defendant, Atlantic Fine Yarns, Inc. The Clerk having noted entry of default on July 21, 2009 and having considered Plaintiff's second Certification of Proof of Amounts Due (Doc. #15) which states in part that the sum certain of $57,282.40 has been off set by Co-Defendant, A and G, Inc., t/a Alstyle Apparel's payment of $35,000,

It is on this 23 day of March, 2010

ORDERED that a Default Judgment be entered in favor of Plaintiff, Alliance Shippers, Inc., and against Defendant, Atlantic Fine Yarns, Inc., in the sum of $22,282.40 together with pre-judgment interest in the amount of $2,275.50, together with costs of suit to be taxed.

WILLIAM J. MARTINI, U.S.D.J.